IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

DAVID KIRKPATRICK, on behalf of
himself and all others similarly
situated,

            Plaintiff,

v.

WELLS FARGO BANK, N.A. d/b/a
Wells Fargo Home Mortgage and
HSBC Bank USA, N.A.,

            Defendants.

Civil Action No. 5:24-cv-00169

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS AND <u>ENTRY OF SCHEDULING ORDER</u>**

Plaintiff David Kirkpatrick, by counsel and on behalf of the proposed settlement class, respectfully submits the above-styled motion and requests the following:

Plaintiff respectfully requests that the Court grant this Motion and enter the submitted Proposed Order, (1) preliminarily approving the Parties' proposed Settlement Agreement attached as Exhibit A; (2) provisionally certifying the proposed Settlement Class for settlement purposes only; (3) appointing Plaintiff as Class Representative and Plaintiff's counsel as Class Counsel; (4) approving the form, manner, and content of class notice and the procedures for Settlement Class members to opt out or object; (5) approving Epiq Class Action & Claims Solutions as the Settlement Administrator; and (6) establishing a schedule to complete the tasks necessary to effectuate the proposed Settlement.

Plaintiff is authorized to state that Defendants Wells Fargo Bank, N.A. Wells Fargo Home Mortgage ("Wells Fargo") and HSBC Bank USA, N.A. ("HSBC") (together "Defendants") do not oppose this Motion. Grounds for this Motion are set forth in the accompanying Memorandum. Attached to this Motion are the following exhibits:

Exhibit A: Class Settlement and Release Agreement and Exhibits, including Proposed Order Granting Motion for Preliminary Approval

Exhibit B: Declaration of Jonathan R. Marshall

Respectfully Submitted,

*/s/ Jonathan R. Marshall*
Jonathan R. Marshall (WVSB #10580)
**BAILEY & GLASSER LLP**
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
Email: jmarshall@baileyglasser.com

Jason E. Causey
**KATZ KANTOR STONESTREET & BUCKNER, PLLC**
206 South Walker Street
Princeton, WV 24740
Email: jcausey@kksblaw.com

*Counsel for Plaintiff and Proposed Class Members*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

DAVID KIRKPATRICK, on behalf of
himself and all others similarly
situated,

        Plaintiff,

v.

WELLS FARGO BANK, N.A. d/b/a
Wells Fargo Home Mortgage and
HSBC Bank USA, N.A.,

        Defendants.

Civil Action No. 5:24-cv-00169

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 15th day of October, 2025, a true and correct copy of the foregoing ***Plaintiff's Unopposed Motion for Preliminary Approval of Settlement, Conditional Certification of Settlement Class and Entry of Scheduling Order*** was electronically filed and served through the Court's CM/ECF system to all counsel of record.

                                              */s/ Jonathan R. Marshall*
                                              Jonathan R. Marshall (WVSB #10580)